IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY L. LUDIN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 21-3190 |
| | : | |
| v. | : | |
| | : | |
| SHANGY, INC. and THOMAS EUGENE GREEN, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 20th day of May, 2022, it is hereby **ORDERED** that the court will hold a settlement conference in the above-captioned case on **Tuesday, July 5, 2022**, at **9:30 a.m.**, at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania 18042.

- Please notify the court if settlement is not a real possibility.

- All parties shall participate in the settlement conference. Parties/client representatives with <u>full and complete</u> settlement authority must be physically present for the duration of the conference.[1]

- Lead Trial Counsel for each party must be present at the conference. Counsel are expected to be fully familiar with the facts of the case, the legal theories supporting their client's claims or defenses, and the procedural posture of the case.

- Please complete the attached settlement conference form and e-mail it to chambers at Chambers_of_Judge_Edward_G_Smith@paed.uscourts.gov on or before **July 1, 2022**.

---

[1] In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

- As indicated on the attached form, counsel shall include a synopsis of the case with a discussion of the relevant facts, as well as a brief summary of the legal issues affecting the party's settlement position. The court anticipates that in most cases, the parties' case summaries will not exceed two (2) pages.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

## **SETTLEMENT CONFERENCE SUMMARY**

Caption: _____
_____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

Name: _____
Address: _____
Phone: _____
Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:
Name of Individual with Full and Complete Settlement Authority who will be present at the settlement conference (include company and position where applicable):

_____

MOTIONS PENDING:

_____

_____

_____

OTHER RELEVANT MATTERS:

_____

_____

_____

PRIOR OFFERS / DEMANDS:

_____

**ATTACH SYNOPSIS OF CASE.**

*This form should be e-mailed to chambers at*
*Chambers_of_Judge_Edward_G_Smith@paed.uscourts.gov*